**Order filed October 11, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00281-CV
_____

## IN THE INTEREST OF M. E. H.

---

**On Appeal from the 345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-AG-15-002375**

---

## ORDER

A partial reporter's record has been filed. On August 15, 2018, court reporter Laura Taylor filed a motion for extension of time until September 30, 2018, to file the remainder of the reporter's record. We granted the motion.

The remainder of the record has not been filed, and we have not received a request for extension of time to file the record. *See* Tex. R. App. P. 35.1.

We order **Laura Taylor** to file the remainder of the reporter's record by **October 26, 2018**.

PER CURIAM